

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2021

No. 04-21-00367-CV

**IN THE INTEREST OF A.H.,** a child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01403
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant Dad's brief was due to be filed with this court on October 7, 2021. *See* TEX. R. APP. P. 38.6(a). After the due date, Dad filed a motion for an extension of time to file his brief until November 1, 2021.

Appellant Dad's motion is GRANTED. His brief is due on November 1, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court